**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOHN DALE PREACHER,

             Petitioner

          v.

RICHARD M. CAPPELLI, J.,
COMMONWEALTH OF PENNSYLVANIA,

            Respondents

:  No. 111 MM 2023
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2024, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.  The Prothonotary is DIRECTED to strike the name of the jurist from the caption.

    Justice McCaffery did not participate in the consideration or decision of this matter.